**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____ Division**

In re                                                                                          Case No.


**Debtor(s)**                                                   **Chapter**


**ORDER FOR RETURN OF UNCLAIMED FUNDS**

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $_____, currently on deposit with the Treasury of the United States, be returned to:




Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.


Date: _____    _____
                                                                       United States Bankruptcy Judge


                                                                       NOTICE OF JUDGMENT OR ORDER
                                                                       ENTERED ON DOCKET:
                                                                       _____


pc: Financial Deputy



[ounclmfd ver. 03/04]